IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN LUCAS,<br>TDCJ-CID NO.644056,<br>     Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-10-1017 |
| RICK THALER,<br>     Respondent. | §<br>§<br>§<br>§ | |

## MEMORANDUM AND ORDER ON DISMISSAL

Petitioner Alan Lucas, a state inmate, has filed another petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a 1993 state court conviction. Petitioner is subject to a preclusion order, barring him from filing any pleadings in this district. Lucas v. Thaler, Civil Action No.H-10-0378 (S.D. Tex. Feb. 12, 2010). Petitioner has also been sanctioned $500.00 "due to his continued abuse of judicial resources." Id. The Clerk of the Court has been ordered not to accept for filing any pleadings or to open any mail from petitioner. Id.

In light of the preclusion order and for the reasons stated in Lucas v. Thaler, Civil Action No.H-10-0378 (S.D. Tex. Feb. 12, 2010), the present petition is DISMISSED WITH PREJUDICE. A certificate of Appealability is DENIED. All pending motions, if any, are DENIED.

The Clerk will enter this Order and provide a correct copy to all parties.

SIGNED at Houston, Texas, on this 21ST day of April, 2010.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE